129 A.3d 328

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. STEFFAN A. FRANKLIN, DEFENDANT–
PETITIONER.

January 29, 2016.

Denied.